**Order entered November 6, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01007-CV

### IN RE J.C. PENNEY COMPANY INC., ET AL, Relators

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00735**

## ORDER

The Court has received the parties' November 4, 2013, joint status report. The Court **STAYS** this proceeding until **DECEMBER 6, 2013**. The Court **ORDERS** the parties to submit, on or before that date, either a joint motion to dismiss this proceeding or a joint status report explaining why the trial court's judgment is not final.


/s/      DAVID EVANS
         JUSTICE